■ JOHN RIVERA, Respondent, v CITY OF NEW YORK, Defendant, and JULIO MIRANDA, Appellant.—In an action to recover damages, *inter alia,* for false arrest and assault, the defendant Miranda appeals from an order of the Supreme Court, Queens County (Leviss, J.), dated June 14, 1984, which denied his motion to vacate a default judgment.

Order affirmed, with costs.

Since the defendant Miranda failed to set forth a meritorious defense, Special Term properly denied vacatur of the

default judgment. Lazer, J. P., Mangano, Brown and Kooper, JJ., concur.